## DARNELL v. STATE.
### No. 14297.

Court of Criminal Appeals of Texas.
April 22, 1931.

Donald M. Duson, of El Campo, and E. Hawes, Jr., of Wharton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, robbery with firearms; penalty, twenty-five years in the penitentiary.

The record is before this court without either statement of facts or bills of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.